FILED 09 MAY 11 15:57 USDC-LAE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT COURT OF LOUISIANA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY AS SUBROGEE OF/AND JAMES CLARK | CIVIL ACTION NO. **09-3519** **SECT. F MAG. 2** |
| VERSUS | |
| UNITED STATES OF AMERICA DEPARTMENT OF HOMELAND SECURITY AND LINDA K. MOORE | SECTION " " MAGISTRATE ( ) |

## COMPLAINT

NOW COME, Petitioners, State Farm Mutual Automobile Insurance Company, a foreign insurer authorized to do and doing business in the State of Louisiana, and James Clark, a person of the full age of majority and a resident of the Parish of Orleans, State of Louisiana who files this Complaint against the Unites States of America, through the Department of Homeland Security, and Linda K. Moore shows this Court the following:

### Statement of Jurisdiction

Petitioner, James Clark, a person of full age and majority domiciled in the Parish of Plaquemines, State of Louisiana, alleges acts of negligence against the United States of America through the Department of Homeland Security, individually and its employee/agent, Linda K. Moore pursuant to 28 U.S.C., §§1346(b); 2671-2680. Therefore, jurisdiction of this Honorable Court is proper.

### Personal Jurisdiction and Venue

Defendant, the United States of America, Department of Homeland Security is subject to the personal jurisdiction of this Court as any actions involving Federal Tort

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

claims must be brought against Defendant, the United States of America, Department of Homeland Security, for alleged negligence of its employees/agents.

Venue is proper as the events giving rise to the claim occurred on May 10, 2007, at the intersection of Dannell Street and Washington Avenue in New Orleans, Louisiana, which is within the district of this Honorable Court.

## COUNT ONE

Petitioner alleges acts of negligence against the United States of America, Department of Homeland Security and its employee/agent, Linda K. Moore who are made defendants herein for the following reasons to wit:

1.

On or about May 10, 2007 at about 3:15 p.m., Kerrie Clark, was the permissive use driver of a 2002 Pontiac Sunfire owned by State Farm's insured, James Clark and was operating said vehicle in a safe and prudent manner, while traveling in a northern direction on Washington Avenue neat the intersection of Dannell Street in the Parish of Orleans, State of Louisiana.

2.

At approximately the same time and place, Defendant, Linda K. Moore, who was acting as an employee/agent of Defendant, States of America, Department of Homeland Security was operating a 2007 Chevrolet Malibu, while traveling western direction on Dannell Street in the Parish of Orleans, State of Louisiana.

3.

As James Clark's permissive use driver, Kerrie Clark proceeded through the intersection at Washington Avenue and Dannell Street, Defendant, Linda Moore failed to

use reasonable vigilance before entering the intersection and suddenly, unexpectedly, and without warning, caused the collision, and resulted in the Clark vehicle being rendered a total loss, rental car expenses incurred while this loss was being adjusted and bodily injuries to the permissive use driver, Kerrie Clark.

4.

All of the aforementioned Defendants are jointly, severally and in solido liable unto Petitioners for a reasonable sum in the premises, together with legal interest thereon from the date of judicial demand until paid, and for all cost of these proceedings.

5.

The aforementioned Defendants, United States of America, Department of Homeland Security, and Linda K. Moore, are liable for their own negligence, the negligence of its employees/agent, and things in their custody and control, namely the automobile.

6.

Defendants, Linda K. Moore and United States of America, Department of Homeland Security are liable unto Petitioners for their own negligence and the negligence of its employee/agent under the Doctrine of Respondent Superior, which includes, but is not limited to the following;

    a.    In failing to yield to the favored lanes of travel;

    b.    Failure to keep a proper lookout;

    c.    Failure to make timely application of her brakes to avoid the collision;

    d.    Failure to exercise reasonable vigilance,

    e.    Failure to maintain reasonable and proper control of her vehicle;

    f.    Operating the vehicle under her control in a reckless and negligent manner;

    g.    Failing to see what she should have seen;

    h.    The United States of America, Department of Homeland Security's failure to properly train;

    i.    The United States of America, Department of Homeland Security's failure to properly supervise; and

    j.    Any and all other acts of negligence which might be shown at the time of trial in this matter.

7.

As a result of the aforementioned incident, State Farm paid to or on behalf of James Clark, monies which represent the actual cash value of his vehicle, rental expenses that were incurred while this loss was being adjusted, and medical expenses.

8.

Petitioner, Kerrie Clark, is entitled to an amount in damages reasonably calculated to compensate for the injuries she sustained, which includes but is not limited to:

    a.    Property damage to Petitioner's vehicle;

    b.    Past, present and future mental pain, suffering and anguish;

    c.    Past, present, and future physical pain and suffering and loss of function;

    d.    Past, present and future medical expenses;

    e.    Past, present and future loss of wages;

    f.    Loss of enjoyment of life; and

g.      Any and all other damages cognizable by the Constitution of the State of Louisiana and the United States Constitution.

9.

Pursuant to the terms of the contract existing between James Clark and State Farm Mutual Automobile Insurance Company, and by principles of legal and conventional subrogation, State Farm is entitled to pursue this claim to recover any and all sums paid by State Farm to or on behalf of James Clark.

10.

Further, pursuant to the contract of insurance, James Clark was required to pay a deductible and other related expenses and is entitled to recover this amount from the defendant.

11.

Petitioner avers amicable demand to no avail.

WHEREFORE, Petitioners, State Farm Mutual Automobile Insurance Company and James Clark prays that this Complaint be filed and that Defendants, United States of America, Department of Homeland Security and Linda K. Moore, be duly cited and served with a copy of same, to appear and answer same and after all delays and due proceedings are had that there be judgment herein in favor of Petitioners, State Farm Mutual Automobile Insurance Company and James Clark, and against, Defendants, United States of America, Department of Homeland Security and Linda K. Moore, jointly, severally and in solido in an amount reasonably calculated to compensate Petitioner for her damages, together with legal interest thereon, from date of judicial demand until paid and for all costs of the proceedings and all general and equitable relief this Honorable Court deems necessary.

Respectfully submitted,
BEAHM & GREEN

_____
**CHARLES S. GREEN, JR. (# 21627)**
**KELLY E. RANSOM (#31926)**
**SHELLY CHIAPPETTA (#22666)**
Attorney for Plaintiffs
145 Robert E. Lee Boulevard, Suite 408
New Orleans, Louisiana 70124
Telephone (504) 288-2000
Facsimile (504) 288-2099

*PLEASE SERVE*

**LINDA K. MOORE**
7837 Bles Ave. Apt 1
Baton Rouge, LA 70810

**MARAGRET RAMOS**
Office of Chief Counsel-General Law
DHS/Federal Emergency Management Agency
500 C Street, SW, Room 717
Washington, DC 20472

**THE HONORABLE MICHAEL MUKASEY**
Attorney General of the United States
Department of Justice
Constitution Ave. and Tenth St. NW
Washington D.C. 20530